| | |
|---|---|
| 1 | LISA N. WALLY (California State Bar No. 138313) |
| 2 | SBC WEST LEGAL DEPARTMENT |
|   | 140 New Montgomery Street, 11th Floor |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 542-2072 |
| 4 | Facsimile: (415) 543-6799 |
|   | E-mail: lisa.wally@sbc.com |
| 5 | Attorneys for Defendants and Cross-Defendants |
| 6 | PACIFIC BELL TELEPHONE COMPANY and SBC COMMUNICATIONS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. SABALONE, | Case No. C 05-00236 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT AND CROSS-DEFENDANT SBC COMMUNICATIONS INC.** AND ORDER |
| v. | |
| SBC COMMUNICATIONS INC.; PACIFIC BELL TELEPHONE COMPANY; and COMMUNICATIONS WORKERS OF AMERICA AFL-CIO, District 9, a Labor Organization, | [Federal Rules of Civil Procedure, Rule 41(a)(1)] |
| Defendants. | |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | |
| Cross-Complainant, | |
| v. | |
| SBC COMMUNICATIONS INC.; PACIFIC BELL TELEPHONE COMPANY, | |
| Cross-Defendants. | |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that Defendant and Cross-Defendant SBC COMMUNICATIONS INC. be
3  and hereby is dismissed from this entire action (Complaint and Cross-Complaint), without
4  prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

5  Plaintiff GARY R. SABALONE and Defendant and Cross-Complainant
6  COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO may later reinstate SBC
7  COMMUNICATIONS INC. as a defendant and/or cross-defendant in this action should
8  discovery in this action reveal sufficient facts to hold SBC COMMUNICATIONS INC. liable on
9  some integrated enterprise or joint employer basis.

LAW OFFICES OF SUSAN SHER

Dated: June 15, 2005          /s/Susan Sher
SUSAN SHER
Attorney for Plaintiff
GARY R. SABALONE


WEINBERG, ROGER & ROSENFELD

Dated: June 15, 2005          /s/David A. Rosenfeld
DAVID A. ROSENFELD
Attorney for Defendant and Cross-Complainant
COMMUNICATIONS WORKERS OF AMERICA


SBC WEST LEGAL DEPARTMENT

Dated: June 15, 2005          /s/Lisa N. Wally
LISA N. WALLY
Attorney for Defendants and Cross-Defendants
PACIFIC BELL TELEPHONE COMPANY and
SBC COMMUNICATIONS INC.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEST:384532

STIPULATION OF DISMISSAL OF SBC COMMUNICATIONS INC. C-05-00236 PJH