1  LISA N. WALLY (California State Bar No. 138313)
   SBC WEST LEGAL DEPARTMENT
2  140 New Montgomery Street, 11th Floor
   San Francisco, California  94105
3  Telephone:  (415) 542-2072
   Facsimile:  (415) 543-6799
4  E-mail: lisa.wally@sbc.com

5  Attorneys for Defendants and Cross-Defendants
   PACIFIC BELL TELEPHONE COMPANY and
6  SBC COMMUNICATIONS INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | GARY R. SABALONE, | Case No. C 05-00236 PJH |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 13 | v. | |
| 14 | SBC COMMUNICATIONS INC.; PACIFIC BELL TELEPHONE COMPANY; and COMMUNICATIONS WORKERS OF AMERICA AFL-CIO, District 9, a Labor Organization, | [Federal Rules of Civil Procedure, Rule 41(a)(1)] |
| 17 | Defendants. | |
| 18 | COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | |
| 20 | Cross-Complainant, | |
| 21 | v. | |
| 22 | SBC COMMUNICATIONS INC.; PACIFIC BELL TELEPHONE COMPANY, | |
| 24 | Cross-Defendants. | |

25

26

27

28

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE  - C-05-00236 PJH

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the entire above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

LAW OFFICES OF SUSAN SHER

Dated: August 15, 2005        /s/Susan Sher
SUSAN SHER
Attorney for Plaintiff
GARY R. SABALONE

WEINBERG, ROGER & ROSENFELD

Dated: August 15, 2005        /s/David A. Rosenfeld
DAVID A. ROSENFELD
Attorney for Defendant and Cross-Complainant
COMMUNICATIONS WORKERS OF AMERICA

SBC WEST LEGAL DEPARTMENT

Dated: August 15, 2005        /s/Lisa N. Wally
LISA N. WALLY
Attorney for Defendants and Cross-Defendants
PACIFIC BELL TELEPHONE COMPANY and
SBC COMMUNICATIONS INC.

WEST:386994

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE - C-05-00236 PJH